**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**M-V-G-P,**

Petitioner,

v.

**LAURA HERMOSILLO**, et al.,

Respondents.

**Case No. 6:26-cv-00098-IM**

**AMENDED ORDER**

Having granted Respondents' Motion for Clarification, the Court hereby amends its prior order, ECF 30, to read, beginning after the sentence, "However, Petitioner has not yet received a bond hearing.":

> Therefore, because Petitioner is not currently in Respondents' custody, this Court ORDERS that if Respondents seek to re-detain Petitioner, Respondents must provide Petitioner a bond hearing in "the Immigration Court having administrative control over [her] case." 8 C.F.R. § 1003.19(c)(2). This Court further ORDERS Respondents to not detain Petitioner until she is afforded a bond hearing and ORDERS the parties to file a joint status report immediately if Petitioner's bond hearing is scheduled.
>
> This Order does not apply if circumstances change such that the statutory detention authority is no longer 8 U.S.C. § 1226(a), such as if Petitioner commits an offense listed in 8 U.S.C. § 1226(c) or a final order of removal is issued. *See* 8 U.S.C. § 1231(a)(3)(A).

**IT IS SO ORDERED.**

DATED this 14th day of September, 2026.

/s/ Karin J. Immergut
KARIN J. IMMERGUT
United States District Judge

Submitted by:

SCOTT E. BRADFORD, OSB #062824
United States Attorney

*/s/ Andrew B. Kartchner*
**ANDREW B. KARTCHNER, OSB #135784**
Assistant United States Attorney